THE TRAVELERS' INSURANCE COMPANY, Respondent, *v.* ANN HEALEY et al., Respondents; SAMUEL A. PETERSON, as Surviving Partner of PETERSON & PACKER, Appellant.

*Travelers' Ins. Co.* v. *Healey,* 25 App. Div. 53, affirmed.
(Argued October 11, 1900; decided November 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 14, 1898, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George R. Donnan* for appellant.

*Charles E. Patterson, C. C. Van Kirk* and *George H. Mallory* for respondents.

Judgment affirmed, on opinion of LANDON, J., below, with separate bills of costs in this court to the plaintiff and to defendant Ann Healey as against defendant Peterson.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.

---

JANE McDONALD, Respondent, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*McDonald* v. *Metropolitan L. Ins. Co.,* 25 App. Div. 631, affirmed.
(Argued October 12, 1900; decided November 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 18, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Frank S. Coburn* for appellant.

*J. N. Hammond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.